IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KALOKO HEIGHTS COMMUNITIES, LLC, a Hawaii Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TBG VISIONS, INC., a New York Incorporated Company; REX OLIVER, MICHAEL ERHARD, DOES 1-10, inclusive,<br><br>　　　　Defendants. | 1:23-CV-00290-JAO-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY DEFENDANT MICHAEL ERHARD'S MOTION TO DISMISS |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO DENY DEFENDANT
MICHAEL ERHARD'S MOTION TO DISMISS

　　Findings and Recommendation having been filed and served on all parties on August 13, 2025, and no objections having been filed by any party,

　　IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation are adopted as the opinion and order of this Court.

　　IT IS SO ORDERED.



Jill A. Otake
United States District Judge