IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KALOKO HEIGHTS COMMUNITIES, LLC, a Hawaii Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TBG VISIONS, INC., a New York Incorporated Company; REX OLIVER, MICHAEL ERHARD, DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants.<br><br>TBG VISIONS, INC., a New York Incorporated Company, and REX OLIVER,<br><br>　　　　Third-Party Plaintiffs,<br><br>　　vs.<br><br>LUCAS BENJAMIN NELSON, individually and as shareholder and director of Pacific Cove Communities, Inc, a Hawaii corporation,<br><br>　　　　Third-Party Defendant. | 1:23-CV-00290-JAO-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO (1) ENTER DEFAULT AGAINST DEFENDANT TBG VISIONS, INC. AS TO THE CLAIMS ASSERTED AGAINST IT IN THE COMPLAINT AND (2) DISMISS THIRD-PARTY PLAINTIFF TBG VISIONS, INC.'S CLAIMS IN THE THIRD-PARTY COMPLAINT |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO (1) ENTER DEFAULT AGAINST
DEFENDANT TBG VISIONS, INC. AS TO THE CLAIMS ASSERTED
AGAINST IT IN THE COMPLAINT AND (2) DISMISS THIRD-PARTY PLAINTIFF
<u>TBG VISIONS, INC.'S CLAIMS IN THE THIRD-PARTY COMPLAINT</u>

Findings and Recommendation having been filed and served on all parties on August 21, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



Jill A. Otake
United States District Judge